1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM., State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   DAVID A. MCCARTHY, State Bar No. 226415
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC. and ANTONIO CANOVA
8

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   PRENA SMAJLAJ, Individually and On Behalf      )   CIVIL ACTION NO.: 3:05-cv-2042
14 of All Other Persons Similarly Situated,       )
                                                  )   CLASS ACTION
15                  Plaintiff,                     )
                                                  )   STIPULATION AND [PROPOSED]
16         vs.                                     )   ORDER REGARDING CLASS
                                                  )   ACTION RELATED CASES
17 BROCADE COMMUNICATIONS SYSTEMS,               )
   INC., GREGORY L. REYES and ANTONIO            )
18 CANOVA,                                        )
                                                  )
19                  Defendants.                    )
                                                  )
20 _____ )

21

22

23

24

25

26

27

28

The parties stipulate, and the Court hereby orders, as follows:

RELATED CLASS ACTION CASES

The following actions are related cases within the meaning of Civil Local Rule 3-12:

- *Prena Smajlaj v. Brocade Communications Systems, Inc., Inc., et al.,* No. 3:05-cv-2042;

- *Mario Saldana-Harlow v. Brocade Communications Systems, Inc et al.*, No. 3:05-cv-2139, filed May 24, 2005.

- *Hai-Ning Huang v. Brocade Communications Systems, Inc,, et al.,* No. 3:05-cv-02316.

IT IS SO STIPULATED.

Dated: June 13, 2005                      Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/David A. McCarthy_____
                David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA


Dated: June 13, 2005                      LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 788-0831
Facsimile: (310) 788-0841


By: _____/s/Brian Barry_____
                Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

1  Dated: June 13, 2005

SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

By:_____/s/Tamara Skvirsky_____
        Tamara Skvirsky

Attorneys for Plaintiff
MARIO SALDANA-HARLOW

Dated: June 13, 2005

STULL, STULL & BRODY
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468

By:_____/s/Patrice L. Bishop_____
        Patrice L. Bishop

Attorneys for Plaintiff
HAI-NING HUANG

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

2

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2        I, David A. McCarthy, attest that concurrence in the filing of this document has been

3  obtained from each of the other signatories.  I declare under penalty of perjury under the laws of

4  the United States of America that the foregoing is true and correct.  Executed this 13th day of June

5  2005 at Palo Alto, California.

6

7                                                    /s/David A. McCarthy
                                                      David A. McCarthy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

     Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3

4

Dated:   June 22, 2005

5

                               THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED*

*Charles R. Breyer*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

4